USDC SCAN INDEX SHEET










TKL    7/8/05    9:48
3:05-CV-01278   WILLIAMS V. GERBER PRODUCTS CO
*3*
*AMDCMP.*

Howard M. Rubinstein
Attorney at Law
2601 Bayshore Dr., Suite 600
Miami, Florida 33133
*Pro Hac Vice application pending*

Harold M. Hewell
Hewell Law Firm, A.P.C.
1901 First Avenue, Second Floor
San Diego, California 92101
Telephone: (619) 235-6854
Facsimile: (619) 235-9122
SBN: 171210
*Please direct all correspondence and service to Harold M. Hewell's address above*
Attorneys for Plaintiff

F I L E D
05 JUL -9 PM 12: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAKIA WILLIAMS** and **RITA TABIU**, each individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**GERBER PRODUCTS COMPANY**, a Michigan corporation, and **NOVARTIS CORPORATION**, a New York corporation,<br><br>*Defendants.* | Civ. Action No. '05 CV 1278 JM (JFS)<br><br>**FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTIVE RELIEF AND FOR RESTITUTION FOR VIOLATIONS OF CALIFORNIA'S BUS. & PROF. CODE §17200 ET SEQ., AND BUS. & PROF. CODE §17500 ET SEQ.; FOR NEGLIGENT MISREPRESENTATION AND INTENTIONAL MISREPRESENTATION; FOR BREACH OF EXPRESS AND IMPLIED WARRANTIES; FOR VIOLATION OF THE LANHAM ACT, 15 U.S.C. §1125(a); AND FOR VIOLATION OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT, CIVIL CODE §1750, ET SEQ.**<br><br>*Jury Trial Requested*<br><br>**_CLASS ACTION_**<br><br>**GENERAL JURISDICTION** |

Plaintiffs allege:

## I. INTRODUCTION

1. Plaintiffs NAKIA WILLIAMS, and RITA TABIU, (collectively, with Mrs. Williams, "Plaintiffs") bring this action as a class action against defendants pursuant to Rule 23 (a) and (b)(3) of the Federal Rules of Civil Procedure. The class that Plaintiffs represent is composed of consumers who have purchased for their children Gerber® Graduates for Toddlers® Fruit Juice Snacks ("Graduates") from defendants GERBER PRODUCTS COMPANY ("Gerber") and NOVARTIS CORPORATION ("Novartis"), a product falsely promoted as "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." The persons in the class are so numerous that the joinder of all such persons is impracticable and that the disposition of their claims in a class action rather than in individual actions will benefit the parties and the Court. Plaintiffs respectfully request a jury trial.

2. There is a well-defined community of interest in the questions of law and fact involved affecting the plaintiff class in that all plaintiffs commonly contend that:

(a) the advertising and promotion regarding the purported nutritional benefits of Graduates violate both California's Unfair Competition Law ("UCL") Bus. & Prof. Code §17200 et seq., and California's False Advertising Law, Bus. & Prof. Code §17500 et seq.;

(b) the advertising and promotion regarding the purported nutritional benefits of Graduates constitute both negligent and intentional misrepresentation;

(c) the advertising and promotion regarding the purported nutritional benefits of Graduates constitute breaches of express and implied warranties;

(d) the advertising and promotion regarding the purported nutritional benefits of Graduates violate the Lanham Act, 15 U.S.C. § 1125(a); and

(e) the advertising and promotion regarding the purported nutritional benefits of Graduates violate the Consumer Legal Remedies Act, California Civil Code § 1750, et seq. These questions of law and fact predominate over questions that effect only individual class members. The claims of Plaintiffs are typical of those of the class and they will fairly and adequately represent the interests of the class.

---
FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

3. There is no plain, speedy or adequate remedy other than by maintenance of this class action since, Plaintiffs are informed and believe and thereon allege that the damage to each plaintiff is relatively small in that the individual purchase price of these products is generally less than $10.00, making it economically unfeasible to pursue remedies other than a class action. Consequently, there would be a failure of justice but for the maintenance of the present class action.

4. The prosecution of individual remedies by members of the plaintiff class would tend to establish inconsistent standards of conduct for the defendants and to result in the impairment of class members' rights and the disposition of their interests through actions to which they were not parties.

5. Plaintiffs are individual consumers residing within the County of San Diego, California.

6. Plaintiffs are informed and believe and thereon allege that Gerber is a Michigan corporation which manufactures and distributes Graduates and other baby food products. Gerber does business within the State of California, the County of San Diego and this judicial district. Novartis is a New York corporation doing business within the State of California, the County of San Diego and this judicial district. In 1994, Gerber merged with Sandoz Ltd. It became part of the Novartis group of companies formed in December 1996 by the merger of Ciba-Geigy Ltd. and Sandoz Ltd.

7. This Court has original jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and subject matter jurisdiction pursuant to 28 U.S.C. §1332(d)(2)A), as this is a matter that exceeds the sum of $5,000,000, exclusive of costs and interest, and there are numerous members of the class of plaintiffs that are citizens of a state different from the defendants. Personal jurisdiction derives from the fact that the defendant conducts business within the State of California and within this judicial district. Venue is proper within this district pursuant to 28 U.S.C.§ 1391(b)(2) because the purchases and sales that give rise to this complaint took place in this judicial district.

8. Plaintiffs are informed and believe and thereon allege that at all times herein mentioned, each of the defendants was the agent, servant and employee of each of the remaining defendants and at all times herein mentioned, each was acting within the purpose and scope of said agency and employment. Plaintiffs are further informed and believe and thereon allege that at all times herein mentioned, each of the defendants' employees was the agent, servant and employee of each

FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

employee's respective employer, and at all times herein mentioned, each employee was acting within the purpose and scope of said agency and employment.

9. Plaintiffs have incurred and, during the pendency of this action, will incur expenses for attorneys' fees and costs herein. Such attorneys' fees and costs are necessary for the prosecution of this action and will result in a benefit to each of the members of the class.

10. Mrs. Williams has two children, ages one and two years old. In or around the summer of 2004 through June 2005, Mrs. Williams purchased Graduates at a variety of locations in San Diego, California, for her children. Mrs. Williams purchased Graduates because she had been exposed to representations by defendants that it was "one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and was "Rich in Vitamin C." She was seeking healthy snacks for her children because she is concerned about their health and is aware of the problems of childhood obesity and diabetes facing many young children because of poor eating habits. She trusted the Gerber brand name because of its long history of providing quality baby food products and her use of other Gerber food products, and she relied on the representations on the Graduates packaging rather than inspecting the specific ingredients. In or around June 2005, Ms. Williams learned through friends of the ingredients in the Graduates that she was feeding her children. She was shocked to discover that Graduates was virtually nothing more than candy with a modest dose of vitamin C.

11. Ms. Tabiu has a two-year-old daughter. Like Mrs. Williams, Ms. Tabiu purchased Graduates at a variety of locations in San Diego, California, in the months preceding the filing of this action. Like Mrs. Williams, she was seeking a healthy snack for her toddler and trusted the Gerber brand name because of its long history of providing quality baby food products. She too had used other Gerber food products when raising her child, and she relied on the representations on the Graduates packaging that the product was "one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and was "Rich in Vitamin C" rather than inspecting the specific ingredients. In or around June 2005, she was stunned and outraged to discover that these so-called "nutritious" snacks consisted of little more than empty calories with a meager dose of vitamin C.

12. According to the packaging, there are 100 calories in each 28-gram packet, or serving size of Graduates. Of those 28 grams, 24 grams are carbohydrates, and 17 of those grams are *sugar*. The first two ingredients listed are *corn syrup and sugar*. The vitamin C constitutes only 20 percent of the daily requirement; no other vitamins and mineral levels are listed at more than zero percent. Other than carbohydrates, the only other nutrients listed on the package are protein (less than 1 gram), and sodium and potassium (15 milligrams each).

13. Graduates, according to the packaging, is "specially designed for growing toddlers learning to self feed." Plaintiffs contend that Graduates is nothing more than a deceptively packaged product designed to develop a young market for high sugar, high corn syrup foods. Ironically, Novartis is a major developer and manufacturer of Type 2 diabetes products.

## II. FIRST CAUSE OF ACTION:
## FOR VIOLATION OF BUS & PROF. CODE §17200, ET SEQ.
## (AGAINST ALL DEFENDANTS)

14. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 13, inclusive, above.

15. Beginning at an exact date unknown to Plaintiffs, but at least since four years prior to the filing date of this action, and as set forth above, defendants have committed acts of unfair competition, as defined by Bus. & Prof. Code §17200, by engaging in the false advertising and promotion of Graduates as "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference.

16. These acts and practices violate the UCL in that:
    (a)     the above-described false advertising and promotion are likely to mislead consumers and, consequently, constitute a fraudulent and deceptive business act or practice within the meaning of the UCL;
    (b)     the above-described false advertising and promotion are an unlawful business practice under the UCL in that they violate California Civil Code §

---
FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

1770(a)(5), which bars "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have ..." and 15 U.S.C. § 1125(a)(1)(B), which bars in commercial advertising or promotion the misrepresentation of the nature, characteristics, and qualities of the promoted item; and

(c) the harm of the above-described false advertising and promotion to Plaintiffs and to other consumers outweighs the utility of the practices by defendants and, consequently, constitutes an unfair business act or practice within the meaning of the UCL.

17. The fraudulent, unlawful and unfair business practices and false and misleading advertising of defendants, as described above, presents a continuing threat to consumers in that they will continue to mislead consumers to purchase the products on false premises.

18. As a direct and proximate result of the aforementioned acts, defendants received and continue to hold money belonging to Plaintiffs and other consumers who were led to purchase the above-described products by the unlawful acts of defendants.

## III. SECOND CAUSE OF ACTION:
## FOR VIOLATION OF BUS. & PROF. CODE §17500, ET SEQ.
## (AGAINST ALL DEFENDANTS)

19. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 18, inclusive, above.

20. Beginning at an exact date unknown to Plaintiffs, but at least since four years prior to the filing date of this action, and as set forth above, defendants inclusive have committed acts of untrue and misleading advertising as defined by Bus. & Prof. Code §17500, by engaging in the false advertising and promotion of Graduates as "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference.

21. The fraudulent, unlawful and unfair business practices and false and misleading

advertising of defendants, as described above, present a continuing threat to consumers in that they will continue to mislead consumers into purchasing the products on false premises.

## IV. THIRD CAUSE OF ACTION:
## FOR NEGLIGENT MISREPRESENTATION
## (AGAINST ALL DEFENDANTS)

22. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 21, inclusive, above.

23. Beginning at an exact date unknown to Plaintiffs, but at least since three years prior to the filing date of this action, and as set forth above, defendants represented to the public, including Plaintiffs, by packaging and other means, that Graduates is "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference.

24. Defendants' representations were untrue in that Graduates actually is little more than sugar candy with a minute amount of vitamin C, as set forth in detail above.

25. Defendants made the representations herein alleged with the intention of inducing the public to purchase defendants' products.

26. Plaintiffs and other consumers saw, believed, and relied on defendants' advertising representations and, in reliance on them, purchased the products.

27. At the time defendants made the misrepresentations herein alleged, defendants had no reasonable grounds for believing the representations to be true.

28. As a proximate result of defendants' negligent misrepresentations, Plaintiffs and other consumers were induced to spend an amount to be determined at trial on defendants' products.

## V. FOURTH CAUSE OF ACTION:
## FOR INTENTIONAL MISREPRESENTATION
## (AGAINST ALL DEFENDANTS)

29. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 28, inclusive, above.

---
FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

30. Beginning at an exact date unknown to Plaintiffs, but at least since three years prior to the filing date of this action, and as set forth above, defendants represented to the public, including Plaintiffs, by packaging and other means, that Graduates is "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference.

31. Defendants' representations were untrue in that Graduates actually is little more than sugar candy with a minute amount of vitamin C, as set forth in detail above.

32. At the time defendants made the representations herein alleged, defendants knew the representations were false.

33. Defendants made the misrepresentations herein alleged with the intention of depriving plaintiffs of property or otherwise causing injury, and were guilty of fraud.

34. As a proximate result of defendants' intentional misrepresentations, Plaintiffs and other consumers were induced to spend an amount to be determined at trial on defendants' products.

35. Plaintiffs are informed and believe and thereon allege that defendants knew that the aforementioned products were not healthy as promoted, and were in fact not a "nutritious," healthy snack, and intended that customers and the unknowing public should rely on their representations. Plaintiffs and other consumers, in purchasing and using the products as herein alleged, did rely on defendants' above representations, all to their damage as hereinabove alleged. In doing the things aforementioned, defendants were guilty of malice, oppression, and fraud, and plaintiffs are, therefore, entitled to recover exemplary or punitive damages.

## VI. FIFTH CAUSE OF ACTION:
## FOR BREACH OF EXPRESS WARRANTY
## (AGAINST ALL DEFENDANTS)

36. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 35, inclusive, above.

37. Beginning at an exact date unknown to, but at least since four years prior to the filing date of this action, and as set forth above, defendants represented to the public, including Plaintiffs, by

packaging and other means that Graduates is "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference. That promise became part of the basis of the bargain between the parties and thus constituted an express warranty.

38. Thereon defendants sold the goods to Plaintiffs and other consumers, who bought the goods from defendants.

39. However, defendants breached the express warranty in that the goods were in fact not a "nutritious," healthy snack, as set forth in detail above. As a result of this breach, Plaintiffs and other consumers in fact did not receive goods as warranted by defendants.

40. As a proximate result of this breach of warranty by defendant, Plaintiffs and other consumers have been damaged in an amount to be determined at trial.

## VII. SIXTH CAUSE OF ACTION:
## FOR BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
## (AGAINST ALL DEFENDANTS)

41. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 40, inclusive, above.

42. Beginning at an exact date unknown to Plaintiffs, but at least since four years prior to the filing date of this action, and as set forth above, defendants represented to consumers, including Plaintiffs, by packaging and other means, that Graduates is "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." A true and correct copy of one of these advertisements is attached hereto as Exhibit "A," and is incorporated herein by reference. Plaintiffs and other consumers bought those goods from defendants.

43. Defendants were merchants with respect to goods of the kind which were sold to Plaintiffs and other consumers, and there was in the sale to Plaintiffs and other consumers an implied warranty that those goods were merchantable.

44. However, defendants breached that warranty implied in the contract for the sale of goods

in that Graduates is in fact not a "nutritious," healthy snack, as set forth in greater detail above.

45. As a result thereof Plaintiffs and other consumers did not receive goods as impliedly warranted by defendant to be merchantable.

46. As a proximate result of this breach of warranty by defendant, Plaintiffs and other consumers have been damaged in an amount to be determined at trial.

## VIII. SEVENTH CAUSE OF ACTION:
## FOR BREACH OF IMPLIED WARRANTY OF FITNESS FOR PURPOSE
## (AGAINST ALL DEFENDANTS)

47. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 46, inclusive, above.

48. Beginning at an exact date unknown to Plaintiffs, but at least since four years prior to the filing date of this action, and as set forth above, Plaintiffs and other consumers sought a healthy, nutritional snack for their young children. Plaintiffs relied on defendants' skill and judgment to select and furnish suitable goods for that purpose, and on or about that time defendants sold Graduates to Plaintiffs and other consumers, who bought those goods from defendants in reliance on defendants' skill and judgment.

49. At the time of sale, defendants had reason to know the particular purpose for which the goods were required, and that Plaintiffs and other consumers were relying on defendants' skill and judgment to select and furnish suitable goods so that there was an implied warranty that the goods were fit for this purpose.

50. However, defendants breached the warranty implied at the time of sale in that Plaintiffs and other consumers did not receive suitable goods, and the goods were not fit for the particular purpose for which they were required in that the goods are not a healthy, nutritional snack for children, as set forth in detail above.

51. As a proximate result of this breach of warranty by defendants, Plaintiffs and other consumers have been damaged in an amount to be determined at trial.

/////

/////

# IX. EIGHTH CAUSE OF ACTION:

# FOR VIOLATION OF THE LANHAM ACT (15 U.S.C. § 1125(a))

# (AGAINST ALL DEFENDANTS)

52. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 51, inclusive, above.

53. Plaintiffs contend that within the past two years, and as set forth above, defendants have violated 15 U.S.C. § 1125(a)(1)(B) of the Lanham Act by making false and exaggerated claims (as set forth above) regarding Graduates being "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C."

54. As a proximate result of this violation by defendants, Plaintiffs and other consumers have been damaged in an amount to be determined at trial.

# X. NINTH CAUSE OF ACTION:

# FOR VIOLATION OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT

# CALIFORNIA CIVIL CODE § 1750 ET SEQ.

# (AGAINST ALL DEFENDANTS)

*Notice Pursuant to Civil Code §1782*

*Plaintiffs hereby demand that within 30 days from service of this complaint, defendants correct, repair, replace or otherwise rectify the deceptive practices complained of herein for the entire Class pursuant to California Civil Code §1770. Failure to do so will result in Plaintiffs amending this complaint to seek damages for such deceptive practices pursuant to California Civil Code §1782.*

55. Plaintiffs repeat, reallege and incorporate herein by reference the allegations of paragraphs 1 through 54, inclusive, above.

56. Plaintiffs contend that within the past two years, and as set forth above, defendants have violated California Civil Code § 1770(a)(5) of the Consumer Legal Remedies Act by making false and exaggerated claims (as set forth in detail above) regarding Graduates being "just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy" and "Rich in Vitamin C." This falsely represented that Graduates had characteristics, uses, and benefits it did not and does not have.

FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

57. As a proximate result of this violation by defendants, Plaintiffs and other consumers have been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiffs respectfully pray for relief from defendants for the first and second causes of action as follows:

1. Pursuant to Bus. & Prof. Code §§ 17203 and 17535, and pursuant to the equitable powers of this Court, Plaintiffs pray that the defendants be permanently enjoined from marketing Graduates as a healthy product;

2. Pursuant to Bus. & Prof. Code §§ 17203 and 17535, and pursuant to the equitable powers of this Court, Plaintiffs pray that the defendants be ordered to restore to Plaintiffs and consumers all funds acquired by means of any act or practice declared by this Court to be unlawful or fraudulent or to constitute unfair competition under Bus. & Prof. Code §§ 17200, et seq., or untrue or misleading advertising under Bus. & Prof. Code §§ 17500;

3. for attorneys' fees and costs; and

4. for such other costs and further relief as the Court may deem proper.

WHEREFORE, Plaintiffs respectfully pray for relief from defendants for the third and fourth causes of action as follows:

1. For general damages in an amount to be determined at trial;

2. For special damages in an amount to be determined at trial;

3. For punitive damages;

4. For attorneys' fees and costs of suit herein incurred; and

5. For such other and further relief as the court may deem proper.

WHEREFORE, Plaintiffs pray judgment against defendants for the fifth, sixth and seventh causes of action as follows:

1. For damages in an amount to be determined at trial;

2. For costs of suit herein incurred, including attorneys' fees, if appropriate; and

3. For such other and further relief as the court may deem proper.

WHEREFORE, Plaintiffs pray judgment against defendants for the eighth and ninth causes of action as follows:

---

FIRST AMENDED COMPLAINT: B. & P. CODE §§17200 & §17500, AND OTHER

1. For damages in an amount to be determined at trial;

2. For costs of suit herein incurred, including attorneys' fees, if appropriate;

3. That the defendants be permanently enjoined from marketing Graduates as a natural product; and

4. For such other and further relief as the court may deem proper.

DATED: 7/6 , 2005.

By: _____
Harold M. Hewell
Attorney for Plaintiffs

**EXHIBIT "A"**

**FOR YOUR INFORMATION**

Gerber Graduates Fruit Juice Snacks should only be fed to children who are accustomed to chewing solid foods. As with all food, Gerber recommends this product be served to a seated child who is seated. Small children should always be supervised while eating.

Just For Toddlers

### Gerber Graduates For Toddlers
### Fruit Juice Snacks
#### Rich in Vitamin C



Specially designed for growing toddlers learning to self feed

Softer and easier to chew than most other fruit snacks

Rich in vitamin C

Made with real fruit juice and other all natural ingredients

This is just one of a variety of nutritious Gerber Graduates foods and juices that have been specially designed to help toddlers grow up strong and healthy. Try Gerber Graduates Microwavable Dinners, 100% Juices with Calcium, Juicy Smoothy™ and foods for little fingers like our baked snacks, fruit, vegetable and dinner dices and meat sticks.

JUST RIGHT FOR PICKING UP

6-1 OZ (28g) packets NET WT 6 OZ

NO PRESERVATIVES OR ARTIFICIAL FLAVORS

**Nutrition Facts**

INGREDIENTS: ...
SUGAR, ...
FROM CONCENTRATE...
LESS THAN...
CARRAGEENAN...
VITAMIN C...
NATURAL FLAVOR...
HYDROGENATED...
CARNAUBA...
EXTRACT...
BEESWAX...
ELDERBERRY...
COLOR.

TO OPEN - LIFT TAB

© 2001 Gerber Products Company

BETTER IF USED BY



### Gerber Graduates For Toddlers
### Fruit Juice Snacks

0  15000 00840  6






**TO CLOSE • INSERT TAB**

Your toddler is probably getting more and more independent at mealtimes. As he explores his new feeding milestones, Gerber® Graduates® makes it easy to find the right foods at the right time. Check our packages to see which ones are:



# Gerber Graduates For Toddlers

## UPDATES
### Keeping You in The Know

### Pump Iron.

Iron helps keep your toddler's blood healthy. Yet the labels on most foods don't tell you how much iron your toddler is getting. How can you make sure your toddler gets enough iron? Look to Gerber® Graduates®— the only full line of foods and juices specially designed to meet the nutritional needs of toddlers. So you can give him lots of options that are right for him. Some good sources of iron include Gerber Graduates Cereal Snackin' Squares ™, Fruit & Cereal Bars and several Microwavable Meals, such as Chicken Stew with Noodles.




Gerber Parents Resource Center





