1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | NAKIA WILLIAMS and RITA TABU,                CASE NO.  05cv1278-JM (WMc)

12                                     Plaintiff,     ORDER ALLOWING
                                                      DEFENDANT'S REPRESENTATIVE
       vs.                                            TO APPEAR TELEPHONICALLY
13
     GERBER PRODUCTS COMPANY, ,
14
                                    Defendant.
15

16          On June 19, 2009, the parties filed a joint motion requesting leave of Court to allow the

17  Defendant's representative to appear telephonically at the settlement conference scheduled for June

18  29, 2009.    After reviewing the motion and the Court's computer docket, the Court will allow

19  Defendant's representative to appear telephonically at the above mentioned settlement conference.

20          IT IS SO ORDERED.

21

22  DATED:  June 25, 2009

23                                          _____

24                                          Hon.  William McCurine, Jr.
                                            U.S. Magistrate Judge
25                                          United States District Court

26
27
28

- 1 -                                        05cv1278-JM (WMc)