# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS, et al.,<br><br>               Plaintiff,<br>  vs.<br>GERBER PRODUCTS CO., et al.,<br><br>               Defendant. | CASE NO. 05cv1278-JM (WMc)<br><br>ORDER |

On June 29, 2009, the Court held a settlement conference in the above captioned case. Participating were Harold Hewell (counsel for plaintiff), Rita Tabin (plaintiff), Nakia Williams (plaintiff), and Bryan Merryman (counsel for defendant). No settlement was reached at this time. Therefore, the Court orders Plaintiff to notify the Court within five days of Defendant's responsive pleading being filed. [*See* Doc. No. 63].

IT IS SO ORDERED.

DATED: July 14, 2009

                                                _____<br>
                                                Hon.  William McCurine, Jr.<br>
                                                U.S. Magistrate Judge<br>
                                                United States District Court