

**FILED**

**11/13/09**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**RITA TABIU, LOLITA WILEY** and
**NAKIA WILLIAMS**

**05cv1278-JM(WMC)**

**-v-**

**GERBER PRODUCTS COMPANY**

**DOCUMENT STRICKEN Per Order [78]**

**77**