# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA WILLIAMS and RITA TABIU, | CASE NO. 05cv1278 JM(WMc) |
| Plaintiffs, | ORDER STRIKING FOURTH AMENDED COMPLAINT |
| vs. | |
| GERBER PRODUCTS COMPANY, | |
| Defendant. | |

On the court's own motion, the Clerk of Court is instructed to strike the Consolidated Fourth Amended Complaint ("CFAC") filed by Plaintiffs on November 13, 2009. (Docket No. 77). Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs must obtain "the opposing party's written consent or the court's leave" before filing an amended complaint. As Plaintiffs did not comply with Rule 15, the court strikes the CFAC without prejudice.

**IT IS SO ORDERED.**

DATED: November 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties