# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAMS, et al., | CASE NO. 05cv1278-JM (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| GERBER PRODUCTS, CO., et al., | |
| Defendant. | |

On December 18, 2009, the Court held a telephonic status conference regarding settlement in the above captioned case. Participating were Harold Hewell, Howard Rubenstein, and Patrick Sheehan (counsel for Plaintiffs) and Bryan Merryman (counsel for Defendants). After being advised by counsel of the status of the case, the Court issues the following Order:

1. On or before **January 19, 2010**, Defendants shall wire to Plaintiffs the settlement funds.

2. On **January 4, 2010, at 9:30 a.m.** a telephonic status conference will be held. Counsel are instructed to use the call in number previously provided by Defendants.

IT IS SO ORDERED.

DATED: December 18, 2009

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court