1    Howard Rubinstein (Fla. SBN: 104108)
     *howardr@pdq.net*
2    Attorney at Law
3    914 Waters Avenue, Suite 20
     Aspen, Colorado 81611
4    (832) 715-2788
     *(Counsel pro hac vice)*
5

6    Harold M. Hewell (Cal. SBN: 171210)
     *hmhewell@hewell-lawfirm.com*
7    HEWELL LAW FIRM
8    105 West F Street, Second Floor
     San Diego, California 92101
9    (619) 235-6854/(888) 298-0177 (f)

10   *Attorneys for Plaintiffs*

11                   **UNITED STATES DISTRICT COURT**

12                   **SOUTHERN DISTRICT OF CALIFORNIA**

13   **NAKIA WILLIAMS** and **RITA TABIU**,        Civil Action No. **3:05-cv-01278-JM-WMC**
     each individually and on behalf of all
14   others similarly situated,                    **VOLUNTARY DISMISSAL WITH**
                                                    **PREJUDICE OF ENTIRE ACTION**
15                                                  **[FRCP 41(a)(1)]**
          *Plaintiffs,*
16                                                  *Class Action*
                                                    *Jury Trial Requested*
17   *v.*

18

19

20

21   **GERBER PRODUCTS COMPANY**, a
     Michigan corporation**,**
22
          *Defendant.*
23

24

25   **TO THE COURT, ALL PARTIES AND ATTORNEYS OR RECORD:**

26        **NOTICE IS HEREBY GIVEN** that plaintiffs, Nakia Williams and Rita Tabiu,

27   voluntarily dismiss with prejudice the above-captioned action in its entirety, and do so

28   pursuant to Fed. R. Civ. P. 41(a)(1), no responsive pleading or motion for summary

1  judgment having been filed in the matter.

2                              Respectfully submitted,

3

4                              **HEWELL LAW FIRM**

5

   Dated: December 22, 2009        *s/ Harold M. Hewell*
6                                  Harold M. Hewell (Cal. SBN: 171210)
                                   Hewell Law Firm
7                                  105 West F Street, Suite 213
8                                  San Diego, California 92101

9                                  Howard Rubinstein (Counsel pro hac vice)
10                                 Attorney at Law
                                   914 Waters Avenue, Suite 20
11                                 Aspen, Colorado 81611

12                                 *Attorneys for the Plaintiffs,*
13                                 *Nakia Williams and Rita Tabiu.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28