1  Howard Rubinstein (Fla. SBN: 104108)
2  *howardr@pdq.net*
   Attorney at Law
3  914 Waters Avenue, Suite 20
   Aspen, Colorado 81611
4  (832) 715-2788
5  *(Counsel pro hac vice)*

6  Harold M. Hewell (Cal. SBN: 171210)
   *hmhewell@hewell-lawfirm.com*
7  HEWELL LAW FIRM
   105 West F Street, Second Floor
8  San Diego, California 92101
9  (619) 235-6854/(888) 298-0177 (f)

10 *Attorneys for Plaintiffs*

11                 **UNITED STATES DISTRICT COURT**

12                 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAKIA WILLIAMS** and **RITA TABIU**, each individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br><br><br><br><br>**GERBER PRODUCTS COMPANY**, a Michigan corporation**,**<br><br>    *Defendant.* | Civil Action No. **3:05-cv-01278-JM-WMC**<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [FRCP 41(a)(1)]**<br><br>*Class Action*<br>*Jury Trial Requested* |

25  TO THE COURT, ALL PARTIES AND ATTORNEYS OR RECORD:

26      NOTICE IS HEREBY GIVEN that plaintiffs, Nakia Williams and Rita Tabiu,
27  voluntarily dismiss with prejudice the above-captioned action in its entirety, and do so
28  pursuant to Fed. R. Civ. P. 41(a)(1), no responsive pleading or motion for summary

judgment having been filed in the matter.

                              Respectfully submitted,

**HEWELL LAW FIRM**

Dated: December 22, 2009      *s/ Harold M. Hewell*
                                      Harold M. Hewell (Cal. SBN: 171210)
                                      Hewell Law Firm
                                      105 West F Street, Suite 213
                                      San Diego, California 92101

                                      Howard Rubinstein (Counsel pro hac vice)
                                      Attorney at Law
                                      914 Waters Avenue, Suite 20
                                      Aspen, Colorado 81611

                                      *Attorneys for the Plaintiffs,*
                                      *Nakia Williams and Rita Tabiu.*